# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Swain, Laura T. | US District Court - Southern District of New York | 08/06/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US District Judge (Active) | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2017 to 12/31/2017 |

**7. Chambers or Office Address**

Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Stret
Suite 1640
New York, NY 10007

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | Havens Relief Fund Society |
| 2. | Trustee | Trust #1 |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Swain, Laura T. | 08/06/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2017 | Yeshiva University, Cardozo School of Law (teaching income) | $2,125.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | ▮▮▮▮▮, Inc. (salary) |
| 2. 2017 | ▮▮▮▮▮ Corp. (salary and bonus) |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Swain, Laura T. | 08/06/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. HSBC Bank - account | B | Interest | K | T | | | | | |
| 2. Citibank interest bearing accounts | A | Interest | J | T | | | | | |
| 3. Synchrony Bank Deposit Account | A | Interest | K | T | | | | | |
| 4. ▨ Corporation Profit Sharing Plan (no control) | | None | | | Distributed | 08/02/17 | K | | |
| 5. ▨ Corp. Employees Stock Ownership Plan (no control) | A | Dividend | K | T | | | | | |
| 6. IRA #1 (H) | | | | | | | | | |
| 7. Schwab Cash Reserves Sweep Shares (SWSXX) (cash) | A | Dividend | J | T | | | | | |
| 8. Energy Select Sector (XLE) | A | Dividend | J | T | Buy | 04/26/17 | J | | |
| 9. Flexshares Exg Trd FD IBOXX 5 yr TGT Dur TIPS Index Fund (TDTF) | A | Dividend | J | T | Buy (add'l) | 11/03/17 | J | | |
| 10. IShares Bond ETF Agency Bond (AGZ) | A | Dividend | J | T | | | | | |
| 11. IShares ETF Core MSCI Emerging Mkts (IEMG) | A | Dividend | | | Sold (part) | 01/13/17 | J | | |
| 12. | | | | | Sold | 10/11/17 | K | | |
| 13. IShares MSCI ETF Minimum Volatility (USMV) | A | Dividend | J | T | Sold (part) | 04/26/17 | J | | |
| 14. IShares IBOXX Investment Grade Corporate Bond ETF (LQD) | A | Dividend | | | Sold | 11/02/17 | J | | |
| 15. IShares Russell Microcap ETF (IWC) | A | Dividend | | | Sold | 07/31/17 | J | | |
| 16. IShares Trust MSCI EAFE Small-Cap ETF (SCZ) | A | Dividend | | | Sold | 11/02/17 | J | | |
| 17. IShares TR Russell 1000 ETF (IWB) | A | Dividend | | | Sold (part) | 01/13/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Swain, Laura T. | 08/06/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 05/30/17 | J | | |
| 19. | | | | | Sold (part) | 07/31/17 | J | | |
| 20. | | | | | Sold | 10/11/17 | K | | |
| 21. IShares Tr Russell 2000 ETF (IWM) | A | Dividend | | | Sold (part) | 01/13/17 | J | | |
| 22. | | | | | Sold | 11/02/17 | K | | |
| 23. IShares TIPS Bond ETF (TIP) | A | Dividend | J | T | | | | | |
| 24. IShares TR Bond 3-7 Yr Treas Bond ETF (IEI) | A | Dividend | | | Sold | 11/02/17 | J | | |
| 25. IShares 7-10 YR TRSURYBOND ETF (IEF) | A | Dividend | J | T | Sold (part) | 05/30/17 | J | | |
| 26. Powershares Senior Loan ETF (BKLN) (formerly BKLYN) | A | Dividend | J | T | | | | | |
| 27. Powershares DB Optm Yld Dvrsfd Strtg ETF (PDBC) | A | Dividend | J | T | | | | | |
| 28. ROBO Gbl Rbotcs And Automatn Indx (ROBO) | A | Dividend | J | T | Buy | 07/31/17 | J | | |
| 29. SPDR Barclays ETF High Yld Very Liquid Index (JNK) | A | Dividend | J | T | | | | | |
| 30. SPDR Dow Jones REIT (RWR) | A | Dividend | J | T | Sold (part) | 04/26/17 | J | | |
| 31. SPDR Euro STOXX 50 ETF (FEZ) | A | Dividend | J | T | Buy | 05/30/17 | J | | |
| 32. SPDR Intrmdt Trm Crprate Bnd ETF (IWM) | A | Dividend | J | T | Buy | 11/02/17 | J | | |
| 33. SPDR Small Cap ETF (SPSM) | A | Dividend | K | T | Buy | 11/02/17 | K | | |
| 34. Vanguard FTSE ETF Dev Mkts (VEA) | B | Dividend | L | T | Buy (add'l) | 11/02/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Swain, Laura T. | 08/06/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Vanguard FTSE Emerging Mkts (VWO) | A | Dividend | J | T | Buy | 10/11/17 | J | | |
| 36. Vanguard Intermediate Term Gov ETF (VGIT) | A | Dividend | J | T | Buy | 11/02/17 | J | | |
| 37. Vanguard Large Cap ETF (VV) | B | Dividend | L | T | Buy | 08/30/17 | J | | |
| 38. | | | | | Buy (add'l) | 10/11/17 | K | | |
| 39. Vanguard Long Term Cor Bd ETF (VCLT) | A | Dividend | J | T | Buy | 11/02/17 | J | | |
| 40. Vanguard Mtrg-Backd ETF Mortg-Backed Secs (VMBS) | A | Dividend | J | T | Buy (add'l) | 01/13/17 | J | | |
| 41. | | | | | Sold (part) | 07/31/17 | J | | |
| 42. | | | | | Sold (part) | 11/02/17 | J | | |
| 43. Wisdomtree Japan Hedged Equity ETF (DXJ) | A | Dividend | | | Sold | 08/30/17 | J | | |
| 44. 401(k) Plan (H) | | | | | | | | | |
| 45. Vanguard Mid-Cap Index Fund (VIMAX) | A | Dividend | | | Sold | 02/22/17 | K | | |
| 46. Vanguard Total Stock Mkt Index Fund (VTSAX) | B | Dividend | | | Sold | 02/22/17 | L | | |
| 47. American Funds Growth Fund (RGAGX) | A | Dividend | | | Sold | 02/22/17 | J | | |
| 48. American Funds New Perspective (ANWPX) | A | Dividend | | | Sold | 02/22/17 | J | | |
| 49. American Funds Bond Fund Am (ABNDX) | A | Dividend | | | Sold | 02/22/17 | K | | |
| 50. Eagle Small Cap Growth Fund (HRSCX) | A | Dividend | | | Sold | 02/22/17 | K | | |
| 51. JP Morgan Equity Income Fund (OIEIX) | B | Dividend | | | Sold | 02/22/17 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Swain, Laura T. | 08/06/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Neuberger Berman High Inc. Bond Fund (NHILX) | A | Dividend | | | Sold | 02/22/17 | J | | |
| 53. Voya Fixed Account | A | Interest | | | Sold | 02/22/17 | K | | |
| 54. IRA #2 (H) | | | | | | | | | |
| 55. CITIBANK CASH MONEY FUNDS | A | Interest | K | T | Open | 03/02/17 | M | | |
| 56. JP MORGAN INTREPID GROWTH FUND CLASS A (JIGAX) | A | Dividend | L | T | Buy | 03/02/17 | L | | |
| 57. JP MORGAN VALUE ADVANTAGE FUND (JVAAX) | B | Dividend | L | T | Buy | 03/02/17 | L | | |
| 58. JP MORGAN STRATEGIC INCOME OPPORTUNITY (JSOAX) | A | Dividend | K | T | Buy | 03/02/17 | K | | |
| 59. JP MORGAN CORE PLUS BOND FUND CLASS A (ONIAX) | A | Dividend | K | T | Buy | 03/02/17 | K | | |
| 60. IRA #3 (H) | | | | | | | | | |
| 61. Western Asset Instl Govt MMF | A | Interest | J | T | | | | | |
| 62. IShares TR Russell 1000 Value ETF (IWD) | B | Dividend | L | T | Buy (add'l) | 03/21/17 | K | | |
| 63. IShares TR Russell 1000 Growth ETF (IWF) | A | Dividend | L | T | Buy (add'l) | 03/21/17 | K | | |
| 64. | | | | | Sold (part) | 12/07/17 | J | A | |
| 65. IShares TR Russell 2000 Value ETF (IWN) | A | Dividend | | | Sold | 03/21/17 | J | A | |
| 66. IShares TR Russell 2000 Growth ETF (IWO) | A | Dividend | | | Sold | 03/21/17 | J | A | |
| 67. IShares TR Russell 2000 ETF (IWM) | A | Dividend | J | T | Buy | 03/21/17 | J | | |
| 68. IShares Tr JP Morgan USD Emerging Mkts Bd ETF (EMB) | A | Dividend | | | Sold | 03/21/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Swain, Laura T. | 08/06/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. IShares MSCI USA Minimum Volatility ETF (USMV) | A | Dividend | | | Sold | 03/21/17 | K | C | |
| 70. SPDR SER TR Barclays High Yield Bond ETF (JNK) | A | Dividend | J | T | | | | | |
| 71. Vanguard Bd Index Fd Inc Total Bd Market ETF (BND) | A | Dividend | K | T | Buy (add'l) | 03/21/17 | J | | |
| 72. | | | | | Buy (add'l) | 06/12/17 | J | | |
| 73. | | | | | Sold (part) | 07/24/17 | J | | |
| 74. | | | | | Sold (part) | 12/07/17 | J | | |
| 75. Vanguard TaxManaged Intl Fd FTSE (VEA) | B | Dividend | L | T | Sold (part) | 03/21/17 | J | A | |
| 76. | | | | | Buy (add'l) | 07/24/17 | J | | |
| 77. | | | | | Buy (add'l) | 12/07/17 | J | | |
| 78. Vanguard Charlotte Funds Total Intl Bd Index Fund ETF (BNDX) | A | Dividend | J | T | Buy (add'l) | 03/21/17 | J | | |
| 79. | | | | | Sold (part) | 06/12/17 | J | A | |
| 80. Vanguard Intl Equity Index Fds FTSE (VWO) | A | Dividend | K | T | Buy (add'l) | 06/12/17 | J | | |
| 81. | | | | | Buy (add'l) | 12/07/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Swain, Laura T. | 08/06/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The trust identified in Part I contains no reportable assets.

Part III A, line 1: This payment was received in 2017, but the class took place in the fall of 2016. As a result, the 2017 report does not reflect a corresponding position in Part I.

Part III B, line 2: Payments for work performed in 2016.

Part VII, line 4: The investments of this profit sharing plan are not participant-directed and the positions held by the plan are not reported in the statements issued to participants.

Part VII, line 5: The investments of this ESOP, which was established in 2009, are not participant-directed. The information reported is the most recent available information, which is as of 12/31/2016.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Laura T. Swain**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544